UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD GROVE SERVICE, INC., <br><br> Plaintiff, <br> v. <br> McDONALD'S CORPORATION, et al., <br><br> Defendants. | Case No. 07cv1772-JM (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND DATE FOR EXCHANGE OF EXPERT DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)** <br><br> [Doc. No. 38] |

On September 10, 2008, the parties filed a joint motion to extend the deadline for exchanging the expert disclosure information required by Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's February 25, 2008 scheduling order [Doc. No. 25]. Doc. No. 38. The parties represent that they have reached a tentative settlement of this action and seek to continue the expert dates in order to allow the parties additional time to complete and execute a settlement agreement. Id.

Good cause appearing, the joint motion is **GRANTED.**

All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **October 10, 2008**.

///

07cv1772-JM (BLM)

Any contradictory or rebuttal information shall be disclosed on or before **October 24, 2008.**

All other dates and deadlines shall remain as previously set.

**IT IS SO ORDERED.**

DATED: September 12, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JEFFREY T. MILLER
U.S. DISTRICT JUDGE

ALL COUNSEL